IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM TONY MCCROAN,

    Petitioner,

v.                                                                                          CASE NO. 5:12cv94-MP-EMT

UNITED STATES DISTRICT COURT,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 17, 2012. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed with prejudice.

**DONE and ORDERED** this 24th day of May, 2012.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**